UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| REGINA ADDISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:20-cv-01235-JPH-MPB |
| | ) | |
| EQUIFAX INFORMATION SERVICES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE AND ORDER**

On the Court's own motion, due to a scheduling conflict, the **TELEPHONIC INITIAL PRE-TRIAL CONFERENCE** set for July 21, 2020, is hereby **RESCHEDULED** for **JULY 22, 2020** at 11:30 a.m., Indianapolis time (EST) before the Honorable Matthew P. Brookman, United States Magistrate Judge.   **The information needed by counsel to participate in this telephonic conference will be provided by a separate notification.**

          **SO ORDERED.**

**Dated:**     July 13, 2020

_____
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

**Served electronically on all ECF-registered counsel of record.**