**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**Indianapolis Division**

| | |
|---|---|
| REGINA ADDISON )<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>EQUIFAX INFORMATION SERVICES, LLC, )<br>*Defendant*. ) | **Case No.**  1:20-cv-1235-JPH-MPB |

## NOTICE OF APPEARANCE

TO:   The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:   **Regina Addison, Plaintiff.**

Dated this 22nd day of July, 2020.

                                                      Respectfully submitted,

                                                      */s/ Quentin J. Collins*
                                                      Quentin J. Collins, No. 35870-29
                                                      **CLARK, QUINN, MOSES, SCOTT & GRAHN, LLP**
                                                      320 N. Meridian Street, Suite 1100
                                                      Indianapolis, IN 46204
                                                      Telephone: (317) 637-1321
                                                      Fax: (317) 687-2344
                                                      qcollins@clarkquinnlaw.com
                                                      *Counsel for the Plaintiff*