UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| REGINA ADDISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:20-cv-01235-JPH-MPB |
| | ) | |
| EQUIFAX INFORMATION SERVICES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**MAGISTRATE JUDGE'S ORDER ON
TELEPHONIC STATUS CONFERENCE**

This matter came before the Honorable Matthew P. Brookman, United States

Magistrate Judge, by telephone, at 11:00 a.m., Indianapolis time (EST), on September 1, 2020,

for a conference under Rule 16, Federal Rules of Civil Procedure.  Parties were represented by

counsel.

Thereafter, the following **ORDER is** entered:

1.  A **TELEPHONIC STATUS CONFERENCE** is set for **SEPTEMBER 28, 2020**

at 10:00 a.m., Indianapolis time (EST), before the Honorable Matthew P. Brookman, United

States Magistrate Judge.  **The information needed by counsel to participate in this

telephonic conference will be provided by a separate notification.**

This order has been formulated after a conference at which the respective parties have

appeared.  Any party shall file any corrections or additions within fourteen (14) days after

receipt of this order.

**SO ORDERED.**

**Dated:**   September 2, 2020

Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

1

**Served electronically on all ECF-registered counsel of record.**